RECEIVED
OCT 2 6 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER LABORDE, Plaintiff | CIVIL ACTION NO. 1:16-CV-00491 |
| VERSUS | CHIEF JUDGE DRELL |
| TOWN OF MANSURA, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

The Court interprets the Report and Recommendation to say that Plaintiff's Equal Employment Opportunity Commission ("EEOC") Complaint filed on July 1, 2013 was timely as it was filed within 300 days of the alleged act of discrimination. The 300 day filing period under 42 U.S.C § 2000e-5(e)(1) does not require a state law claim to be expressly raised in order to be triggered.

Noting the absence of objections thereto, and affirming the Magistrate Judge's findings on that basis;

IT IS ORDERED that Defendant's Motion to Dismiss (Doc. 6) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of October, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT