RECEIVED
JUN - 2 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRISTOPHER LABORDE** | CIVIL ACTION 1:16-CV-00491 |
| **VERSUS** | CHIEF JUDGE DRELL |
| **TOWN OF MANSURA,** *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Laborde's case is DISMISSED WITHOUT PREJUDICE, reserving his right to move to reopen his case if he reappears and satisfactorily explains why he failed to comply with this Court's orders.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 2ND day of June, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT